GEORGE E. GILMARTIN, Respondent, *v.* ANDREW B. BUCHANAN et al., Appellants.

*Gilmartin* v. *Buchanan*, 121 App. Div. 918, appeal dismissed.
(Argued November 18, 1907; decided November 26, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 24, 1907, which affirmed an order of the court at a Trial Term denying a motion to set aside a verdict in favor of plaintiff and for a new trial.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to review the order appealed from.

*Dwight S. Herrick* for motion.

*Mathew Bushnell* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.

---

AVON SPRINGS SANITARIUM COMPANY, Respondent, *v.* WILLIAM J. WEED, Appellant.

(Submitted November 18, 1907; decided November 26, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 189 N. Y. 557.)